UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | Case Number: 7:07-CR-485 (GHL) |
| **MARCIA MARSH** | |
| | Eric Swartz, Esq. (CJA) |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count  as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while ability was impaired, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the NY Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: August 12, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $505.00, payable no later than April 14, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

February 13, 2008
Date of Imposition of Sentence

February 19, 2008
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge